FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 FEB 21  PM 4:48
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARCELINO SANCHEZ MATA, | ) |
| Petitioner, | ) |
| v. | ) CV 317-042 |
| STACEY N. STONE, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 22.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 21st day of February, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE