FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR 13 PM 4:13
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MARCELINO SANCHEZ MATA,  )
                         )
    Petitioner,           )
                         )
v.                       )   CV 317-042
                         )
STACEY N. STONE, Warden, )
                         )
    Respondent.           )

# ORDER

Presently before the Court is Petitioner Marcelino Sanchez Mata's motion for reconsideration of this Court's Order of February 21, 2018, adopting the Report and Recommendation of the United States Magistrate Judge and denying his petition filed pursuant to 28 U.S.C. § 2241.

A motion for reconsideration of a civil judgment may be filed within 28 days of entry of the judgment. Fed. R. Civ. P. 59(e). "The only grounds for granting a rule 59(e) motion are newly discovered evidence or manifest error of law or fact." Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007). A Rule 59(e) motion is not intended as a vehicle to re-litigate old matters, raise new arguments or present evidence that could have been raised prior to the entry of judgment. Michael Linet, Inc. v. Village of Wellington, Fla., 408 F.3d 757, 763 (11th Cir. 2005).

In this case, Petitioner does not advance any new evidence or other ground to warrant reconsideration of this Court's prior Order. Rather, Petitioner simply rehashes the same arguments that were fully addressed in the Report and Recommendation. Accordingly, Petitioner's motion for reconsideration (doc. no. 25) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2018.

                                                 UNITED STATES DISTRICT JUDGE